Ronald E. Stadtmueller, Chapter 13 Trustee  
Pay to: CLERK Clerk of the Court  
Check No. 655075

Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | NOTICE TO DEPOSIT FUNDS | | | | | |
| 03-20005 | 010-0 | VERA DIANN SHEPPARD<br>Original Check written to:<br>HARRISON CAD<br>P O BOX 818<br>MARSHALL, TX 75671 | ####-8325 | 0.00 | 242.48 | 0.00 | 242.48 |
| 03-60205 | 018-0 | DONALD PORTER<br>Original Check written to:<br>MIDLAND MORTGAGE<br>ATTN: BANKRUPTCY DEPT<br>999 NW GRAND BLVD #100<br>OKLAHOMA CITY, OK 73118-6077 | ####1830 | 0.00 | 422.74 | 0.00 | 422.74 |
| 03-61747 | 002-0 | PRESTON WHITE JR<br>Original Check written to:<br>WESTWOOD ISD<br>% MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX 78680- | ####5690 | 0.00 | 538.67 | 0.00 | 538.67 |
| 03-61747 | 003-0 | PRESTON WHITE JR<br>Original Check written to:<br>CITY OF PALESTINE/ISD<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX 78680- | ####6690 | 0.00 | 321.95 | 0.00 | 321.95 |
| 04-61213 | 021-0 | WAYNE R WAGGONER<br>Original Check written to:<br>GREGG COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET #1600<br>DALLAS, TX 75201-2644 | ############002-00 | 0.00 | 559.57 | 0.00 | 559.57 |
| 04-62580 | 003-0 | TED M JAMES<br>Original Check written to:<br>AMERICAN NATIONAL BANK<br>P O BOX 40<br>TERRELL, TX 75160 | ############0012 | 0.40 | 45.47 | 0.00 | 45.47 |
| 05-20172 | 001-0 | RANDY MARION PENNINGTON<br>Original Check written to:<br>HONDA FINANCIAL SERVICES<br>P O BOX 1844<br>ALPHARETTA, GA 30023 | ####2840 | 0.00 | 524.25 | 0.00 | 524.25 |